No. 182, Misc.   GEACH v. CHIEF JUSTICE OF CRIMINAL COURT OF COOK COUNTY, ILLINOIS.   Motion for leave to file petition for writ of mandamus denied.

No. 184, Misc.   DUTTON v. RAGEN, WARDEN.   Application denied.

No. 201, Misc.   BLUME v. UNITED STATES.   Motion for leave to file petition for writ of habeas corpus denied.

No. 308.   DALEHITE ET AL. v. UNITED STATES.   C. A. 5th Cir.   Certiorari granted.   MR. JUSTICE CLARK took no part in the consideration or decision of this application.   *Thomas Fletcher, Austin Y. Bryan, Jr., Neth L. Leachman, T. E. Mosheim* and *John R. Brown* for petitioners.   *Acting Solicitor General Stern, Assistant Attorney General Baldridge, Paul A. Sweeney, Morton Liftin, Massillon M. Heuser* and *Eberhard P. Deutsch* for the United States.

No. 413.   BOLLING ET AL. v. SHARPE ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari granted.   *George E. C. Hayes, James M. Nabrit, Jr., George M. Johnson* and *Herbert O. Reid, Jr.* for petitioners.

No. 86, Misc.   ORLOFF v. WILLOUGHBY, COMMANDANT.   C. A. 9th Cir.   Certiorari granted.   The motion for leave to file brief of Committee to Prevent Abuse of Doctors' Draft Act, as *amicus curiae,* is denied.   *David Rein* for petitioner.   *Philip B. Perlman,* then Solicitor General, and *Acting Solicitor General Stern* for respondent.